first question presented by the petition for the writ. MR.
JUSTICE ROBERTS and MR. JUSTICE DOUGLAS took no part
in the consideration or decision of this application.
*Messrs. John W. Davis* and *Ralph M. Carson* for peti-
tioner. *Mr. Meyer Abrams* for respondent.

No. 312. UNITED STATES *v.* WILLOW RIVER POWER Co.
October 9, 1944. Petition for writ of certiorari to the
Court of Claims granted. *Solicitor General Fahy* for the
United States. *Messrs. R. M. Rieser* and *John Wattawa*
for respondent.

No. 340. WEILER *v.* UNITED STATES. October 9, 1944.
Petition for writ of certiorari to the Circuit Court of Ap-
peals for the Third Circuit granted limited to the ques-
tion presented by the petition for the writ which is stated
as Question 1 in the respondent's brief. *Mr. Peter P.
Zion* for petitioner. *Solicitor General Fahy, Assistant
Attorney General Tom C. Clark,* and *Mr. William Strong*
for the United States.

No. 367. MALINSKI ET AL. *v.* NEW YORK. October 9,
1944. Petition for writ of certiorari to the Court of Ap-
peals of New York granted. *Messrs. John J. Fitzgerald,
David F. Price,* and *Joseph A. Solovei* for petitioners.
*Messrs. Thomas Cradock Hughes* and *Henry J. Walsh* for
respondent.

No. 354. COMMISSIONER OF INTERNAL REVENUE *v.*
WHEELER ET AL., EXECUTORS, ET AL. October 16, 1944.
Petition for writ of certiorari to the Circuit Court of Ap-